FILED
CLERK U.S. DISTRICT COURT
MAY - 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY SILVEIRA,

Defendant.

ED CR No. 15 ED CR 15-00036

I N F O R M A T I O N

[18 U.S.C. § 1956(a)(1)(A)(i): Money Laundering]

The United States Attorney charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. § 1956(a)(1)(A)(i)]

On or about the following dates, in Riverside and Los Angeles Counties, within the Central District of California, and elsewhere, defendant GREGORY SILVEIRA knowingly and intentionally conducted the following financial transactions affecting interstate and foreign commerce, knowing that the property involved in each of the financial transactions represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of specified unlawful activity, that is, an illegal gambling business, in violation of Title 18, United States Code, Section 1955(a), with the

//

intent to promote the carrying on of said specified unlawful activity:

| COUNT | DATE | FINANCIAL TRANSACTION |
|---|---|---|
| ONE | March 29, 2010 | Transfer of approximately $2,475,000 from Wells Fargo Bank account number xxx-xxx-5789 into Wells Fargo Bank account number xxx-xxx-8351 |
| TWO | March 29, 2010 | Transfer of approximately $275,000 from Wells Fargo Bank account number xxx-xxx-5789 into Wells Fargo Bank account number xxx-xxx-8351 |
| THREE | March 30, 2010 | Transfer of approximately $2,475,000 from Wells Fargo Bank account number xxx-xxx-8351 into JP Morgan Chase Bank account number xxx-xxx-1549 |

STEPHANIE YONEKURA
Acting United States Attorney

[signature] for:

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Office

JERRY C. YANG
Assistant United States Attorney
Riverside Office